IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Parran, Roy E

Printed: 10/29/08

Case Number: 08 B 05395
Judge: Wedoff, Eugene R
Filed: 3/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,125.00 |  |
| Secured: |  | 40.01 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 2.79 |
| Other Funds: |  | 1,082.20 |
| Totals: | 1,125.00 | 1,125.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | SN Servicing Corporation | Secured | 0.00 | 0.00 |
| 2. | City Of Chicago | Secured | 470.00 | 40.01 |
| 3. | SN Servicing Corporation | Secured | 51,818.53 | 0.00 |
| 4. | Internal Revenue Service | Priority | 5,052.17 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 73.58 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 393.44 | 0.00 |
| 7. | Tri Cap Investment Partners | Unsecured | 35.33 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 92.02 | 0.00 |
| 9. | Pronger Smith Clinic | Unsecured | 77.00 | 0.00 |
| 10. | Tri Cap Investment Partners | Unsecured | 312.43 | 0.00 |
| 11. | AT&T | Unsecured |  | No Claim Filed |
| 12. | American Express | Unsecured |  | No Claim Filed |
| 13. | DentalCare Partners | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | A Touch Of Class Dentistry | Unsecured |  | No Claim Filed |
| 16. | Dr Wang | Unsecured |  | No Claim Filed |
| 17. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 18. | South Suburban | Unsecured |  | No Claim Filed |
| 19. | NCB | Unsecured |  | No Claim Filed |
| 20. | Financial Recovery | Unsecured |  | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 58,324.50 | $ 40.01 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Parran, Roy E

Printed: 10/29/08

Case Number:  08 B 05395
Judge:  Wedoff, Eugene R
Filed:  3/7/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 2.79 |
|  | $ 2.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

